UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. HAICHAO HUANG, Defendant. | Case No. 19-cr-00110-SI-1 **ORDER DEFERRING SURRENDER DATE** |

This Court sentenced defendant Haichao Huang to 12 months and one day in prison. *See* Dkt. No. 45. Defendant is not presently in custody; he remains out on pretrial release. He was sentenced on March 13, 2020, with a self-surrender date of May 29, 2020. *Id.* That defendant is on pretrial release reflects a determination by a magistrate judge that he is neither a danger to the community nor a flight risk. *See* 18 U.S.C. § 3142(b).

It is apparent that we should not be adding to the prison population during the COVID-19 pandemic if it can be avoided. Several recent court rulings have explained the health risks—to inmates, guards, and the community at large—created by large prison populations. *See, e.g.*, *United States v. Stephens*, No. 15-cr-95-AJN, 2020 WL 1295155, at *2 (S.D.N.Y. Mar. 19, 2020); *United States v. Barkman*, No. 3:19-cr-0052-RCJ-WGC, 2020 U.S. Dist. LEXIS 45628 (D. Nev. Mar. 17, 2020); *In the Matter of Extradition of Toledo Manrique*, No. 3:19-mj-71055-MAG-1 (TSH), 2020 WL 1307109 (N.D. Cal. Mar. 19, 2020). Complications have already begun inside federal prisons—inmates and prison employees are starting to test positive for the virus, quarantines are being instituted, visits from outsiders have been suspended, and inmate movement is being restricted even more than usual. *See, e.g.*, Sadie Gurman, *Bureau of Prisons Imposes 14-Day Quarantine to Contain Coronavirus*, Wall Street Journal (March 24, 2020), https://www.wsj.com/articles/bureau-

of-prisons-imposes-14-day-quarantine-to-contain-coronavirus-11585093075.  To avoid adding to the complications and creating unnecessary health risks, offenders who are on release and scheduled to surrender to the Bureau of Prisons in the coming months should, absent extraordinary circumstances, have their surrender dates extended until this public health crisis has passed.

Accordingly, this sua sponte order extends the defendant's surrender date from May 29, 2020, to September 1, 2020.  Defendant is ordered to self-surrender directly to the designated Bureau of Prisons facility on that date, by 2:00 p.m.  If a facility has not been designated, he is ordered to surrender to the United States Marshal for this district at 450 Golden Gate Avenue, 20th Floor, in San Francisco on the same date and time.  Should conditions necessitate a longer extension, the Court will entertain a request to that effect from defendant.

**IT IS SO ORDERED**.

Dated: March 27, 2020

_____
SUSAN ILLSTON
United States District Judge