UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HAICHAO HUANG,<br><br>　　　　Defendant. | Case No. 19-cr-00110-SI-1<br><br>**ORDER TO SHOW CAUSE WHY COURT REGISTRY FUNDS SHOULD NOT BE RELEASED** |

On March 13, 2020, the Court entered judgment against defendant Haichao Huang. Dkt. No. 45. The judgment included an order that defendant pay a special assessment of $700.00; a fine of $10,000.00; and restitution of $807,785.38. *Id.* at 6-7. Restitution was ordered paid to the Clerk of the Court. *Id.* at 7.

The Clerk's Finance Department has informed the undersigned that defendant has deposited $807,785.38 into the Court's registry. The Finance Department requires a Court Order to release these funds from the registry and also requires instruction as to how these funds are to be applied, whether any interest from the funds is to be applied to his criminal monetary penalties, and whether any excess funds will be returned to defendant after his criminal monetary penalties are paid in full.

The parties are therefore ORDERED TO SHOW CAUSE why the funds in the Court's registry should not be released. The parties shall show cause by filing a stipulation and proposed order addressing the above matters, **no later than May 4, 2020**.

**IT IS SO ORDERED**.

Dated: April 23, 2020

_____
SUSAN ILLSTON
United States District Judge