IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>HAICHAO HUANG,<br><br>        Defendant. | **Case No.:** CR 19–00110 SI<br><br>~~**[PROPOSED]**~~ **ORDER** |

     Haichao Huang was sentenced by this Court on March 13, 2020. U.S. Pretrial Services has informed Mr. Huang that it requires a court order to return his passport to him, which was surrendered to Pretrial Services as part of the now-exonerated bond. The Court therefore orders Pretrial Services to return Mr. Huang's passport to him.


    **IT IS SO ORDERED.**


 September 15, 2023
Dated

HONORABLE SUSAN ILLSTON
United States District Judge